# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: May 1, 2015 |
| Court Reporter: Janet Coppock | Time: 28 minutes |
| Probation Officer: Michelle Means | Interpreter: Cathy Bahr |

**CASE NO. 14-CR-00350-PAB**

<u>Parties</u>                                                                                        <u>Counsel</u>

**UNITED STATES OF AMERICA,**                          Geoffrey Rieman

      Plaintiff,

vs.

**RICARDO RIVERA-VILLAREAL,**                          David Johnson

      Defendant.

## CHANGE OF PLEA

**10:07 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter is sworn with no challenges to her qualifications.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
14-CR-00350-PAB
May 1, 2015

Argument by Mr. Johnson in support of the defendant's Motion for Non-Guideline Variance Sentence and comments addressing sentencing.

Argument by Mr. Rieman and comments addressing sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Non-Guideline Variance Sentence [Docket No. 28], is **GRANTED**.

Defendant entered his plea on **January 27, 2015** to count **1 of the Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **12** months **one** day.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecutions.

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Three
14-CR-00350-PAB
May 1, 2015

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**10:35 a.m.     COURT IN RECESS**

**Total in court time:    28 minutes**

**Hearing concluded**